

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

April 17, 2020

**Via ECF**

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: United States v. Owens, et al.
       S1 17 Cr. 506-09 (NSR)

Dear Judge Roman:

  This letter is respectfully submitted on behalf of the defendant Demitri Moseley, to request an adjournment of his sentencing, that is currently scheduled to take place before Your Honor on May 8, 2020. The adjournment is necessary because the current health crisis has made it impossible for counsel to review the Presentence Investigation Report with Mr. Moseley or to consult with him concerning our sentencing submission. Given the uncertainty about when the courts will resume normal functioning, we suggest that the case be adjourned to a date in July convenient to the Court and the parties.

  I have discussed the proposed adjournment with AUSA Maurene Comey and she advised me that the Government has no objection to an adjournment of the sentencing.

  Thank you in advance for your consideration of this request.

            Respectfully submitted,

            Asvraham C. Moskowitz

ACM:bgb

cc: AUSA Maurene Comey (by e-mail)
   Bobbi Sternheim, Esq. (by e-mail)