**MEMO ENDORSED**

# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

September 21, 2020

Via ECF

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Defendant's request to adjourn the Sentencing from Oct. 9, 2020 until Dec. 18, 2020 at 12:00 pm is granted as the Government does not object. Clerk of the Court requested to terminate the motion (doc. 329).
>
> Dated: Sept. 25, 2020
>
> SO ORDERED:
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: United States v. Owens, et al.
S1 17 Cr. 506 (NSR) -04

Dear Judge Roman:

This letter is respectfully submitted on behalf of the defendant Demitri Moseley, to request an adjournment of his sentencing, that is currently scheduled to take place before Your Honor on October 9, 2020. The adjournment is necessary because the current health crisis has made it impossible for counsel to meet in person with Mr. Moseley and consult with him concerning our sentencing submission. Although the MCC opened today for visiting, it is still uncertain when the conditions at the facility will be sufficiently safe to enable Ms. Sternheim and I to meet with Mr. Moseley. Accordingly, it is respectfully requested that the sentencing be adjourned to a date in December convenient to the Court and the parties.

I have discussed the proposed adjournment with AUSA Maurene Comey and she advised me that the Government has no objection to an adjournment of the sentencing.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

ACM:bgb

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

cc: AUSA Maurene Comey (by e-mail)
Bobbi Sternheim, Esq. (by e-mail)