**MEMO ENDORSED**

# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

December 2, 2020

**Via ECF**

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Deft's request to adjourn the sentencing from Dec. 18, 2020 until May 21, 2021 at 10:30 am or, alternatively, May 19, 2021 at 10:30 am is granted without objection from the Government. Clerk of the Court requested to terminate the motion (doc. 354). Dated: Dec. 2, 2020

**SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   United States v. Owens, et al.
       S6 17 Cr. 506-04 (NSR)

Dear Judge Roman:

This letter is respectfully submitted on behalf of the defendant Demitri Moseley, to request an adjournment of his sentencing, that is currently scheduled to take place before Your Honor on December 18, 2020. The adjournment is necessary because the current health crisis has made it impossible for counsel to meet in person with Mr. Moseley and consult with him concerning our sentencing submission. Although the MCC was opened for visiting for a brief period of time, counsel was not able to meet with Mr. Moseley. The MCC is now closed to all visitors for the foreseeable future and thus, I do not know when Ms. Sternheim and I will be able to meet with Mr. Moseley to prepare for his sentencing. Accordingly, it is respectfully requested that the sentencing be adjourned to a date in April or May convenient to the Court and the parties.

I have discussed the proposed adjournment with AUSA Maurene Comey and she advised me that the Government has no objection to an adjournment of the sentencing.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2020

cc:   AUSA Maurene Comey (by e-mail)
       Bobbi Sternheim, Esq. (by e-mail)