UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

USA,

- against -

DIMETRI MOSELEY,

                  Defendant(s).
----------------------------------------------------------x

**RESCHEDULING ORDER**

S6 17 CR 506-04 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

Due to the Court's scheduling conflict, the in-person Sentencing scheduled for October 27, 2021 is hereby

ORDERED **rescheduled, without objection by the parties, until December 1, 2021 at 11:45 am with an alternate date of December 3, 2021 at 11:15 am.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.   To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:    White Plains, New York
            October 27, 2021

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2021