UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

      USA

                                                                                    S4 17 Cr. 00506-04 (NSR)

      - against -

DIMETRI MOSELEY,                                    ORDER ACCEPTING
                                                                   PLEA ALLOCUTION

                            Defendant.

----------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated January 31, 2020, is approved and accepted.

                                                                         SO ORDERED.

                                                                      _____
                                                                      Hon. Nelson S. Román,
                                                                      United States District Judge

Dated: White Plains, NY
           December 12, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022